E-filing

FILED
JUL 01 2008
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**
2  Name Brewer    Kevin    D
3      (Last)    (First)    (Initial)
4  Prisoner Number AJR936  T-24644 Santa Rita - Alameda Co. Jail
5  Institutional Address 5325 Broder Blvd Dublin Ca 94568

(PR)

7      UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

Kevin Brewer
(Enter the full name of plaintiff in this action.)

vs.

Alta bates summit (1)
medical center 2450
ashby ave Berkeley Ca 94705
Dr Rebecca Yu (2)
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 3149 SI
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Santa Rita Jail

B. Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (X)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT      - 1 -

1  |     1. Informal appeal _file administrative_
2  | _complaint with Hospital patient_
3  | _Relation Ms Henry #510 204 4554_
4  |     2. First formal level _Same information As above_
5  | _alta bates Summit medical center_
6  | _2450 Ashby ave Berkeley Ca 94705_
7  |     3. Second formal level _N/A_
8  |
9  |
10 |     4. Third formal level _file a Government_
11 | _tort Claim # G1574518_
12 | _P.O Box 3035 Sacramento Ca 95812_
13 |     E.    Is the last level to which you appealed the highest level of appeal available to
14 |           you?
15 |             YES (X)    NO ( )
16 |     F.    If you did not present your claim for review through the grievance procedure,
17 | explain why. _N/A_
18 |
19 |
20 | II.    Parties.
21 |     A.    Write your name and your present address. Do the same for additional plaintiffs,
22 |           if any.
23 |           _Kevin Brewer_
24 | _AJR 936_
25 | _5325 Broder Blvd Dublin Ca 94568_
26 |     B.    Write the full name of each defendant, his or her official position, and his or her
27 |           place of employment.
28 |

COMPLAINT                        - 2 -

1  ① Alta bates summit medical center
2  2450 Ashby ave Berkeley Ca 94705
3  ② Doctor Rebecca Yu #510 540-6800
4  3000 Colby St #301 Berkeley Ca 94705
5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  Went for surgery For a
11  lance and drain under the anesthesia
12  In the operating room She decided to
13  Cut my thumb off A parcel amputation
14  Without my permission Surgical consent
15  Is only for Lance and drain
16  Date of Surgery 11-20-07
17  Surgeon Rebecca Yu ②
18
19
20
21
22
23  IV.   Relief.
24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  Doctor cut my thumb off Making me Now
27  Handicap Mental anguish pain and
28  Suffering Ten million dollars In damages

COMPLAINT                    - 3 -

1  _____
2  _____
3  _____
4  _____

5   I declare under penalty of perjury that the foregoing is true and correct.

7   Signed this _May_ day of _28_____, 20_08_

9              _Kevin Brew___ (signature)
10                     (Plaintiff's signature)

COMPLAINT                    - 4 -

Inmate Copy
Send Back

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**  Kevin Brewer #AJR936

**DEFENDANTS**  Alta Bates Summit Medical Center / Dr Rebecca Yu ②  ①

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**  Pro-per 5325 Broder Blvd Dublin CA 94568

**ATTORNEYS (IF KNOWN)** Unknown

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / [x] 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motion to Vacate Sentence Habeas Corpus: | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing / ☐ 535 Death Penalty | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 540 Mandamus & Other | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/ disab - Empl / ☐ 555 Prison Condition | | | |
| | ☐ 446 Amer w/ disab - Other | | | |
| | ☐ 480 Consumer Credit | | | |
| | ☐ 490 Cable/Satellite TV | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  Dr Rebecca Yu Cut off thumb without my permission malpractice personal injury (Ten million dollars.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ [x] CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". Malpractice #362

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   [x] SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE                     SIGNATURE OF ATTORNEY OF RECORD