E-filing

**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   3149

Kevit Brewer, Plaintiff,

vs.

alta bates summit medical
Center # Two  # (ore)

Dr Rebecca Yu   Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kevit Brewer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Joyce_____   Net: _____Joyce_____

Employer: _____Joyce_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SSI_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or            Yes ___ No ✷
10           self employment
11     b.    Income from stocks, bonds,         Yes ___ No ✷
12           or royalties?
13     c.    Rent payments?                     Yes ___ No ✷
14     d.    Pensions, annuities, or            Yes ___ No ✷
15           life insurance payments?
16     e.    Federal or State welfare payments, Yes ✷ No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __SSI Has Stop In Jail  854 00_____
22  _____
23  3.    Are you married?                      Yes ___ No ✷
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A_____ Net $_____N/A_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____ None _____
6  _____
7  5.  Do you own or are you buying a home?  Yes ____ No ✗
8  Estimated Market Value: $ ─0─   Amount of Mortgage: $ ─0─
9  6.  Do you own an automobile?  Yes ____ No ✗
10 Make  None   Year  None   Model  None
11 Is it financed? Yes ____ No ✗   If so, Total due: $ ─0─
12 Monthly Payment: $ ─0─
13 7.  Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____ None _____
15 _____
16 Present balance(s): $ ─0─
17 Do you own any cash? Yes ____ No ✗ Amount: $ ─0─
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✗
20 ─0─
21 8.  What are your monthly expenses?
22 Rent: $ ─0─   Utilities: ─0─
23 Food: $ ─0─   Clothing: ─0─
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26   None              $ ─0─              $ ─0─
27   None              $ ─0─              $ ─0─
28   None              $ ─0─              $ ─0─

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____ None _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ None _____
10 _____
11   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13   I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 5-28-08                         Kevin Brewer
17    DATE                          SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -



Envelope addressed to:

United State District Court
for the northern district of
California

450 Golden Gate Avenue
PO Box 36060
San Francisco Ca
94102

Attention
Clerk

Return address: Kevin Roger Artage, 5325 Foster Blvd, [illegible] Ca 94568

Postmarks: OAKLAND 2008 PM JUN 16

Certified Mail