**FILED**
**JUL 0 9 2008**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom this may concern

I don't really understand the Electronic Case filing One thing I am is I have No email address No Lap-top No computer so I Just do MY Court filing the Old way

Case Number # CV 08 3149 SI (PR)

I don't want an ECF User ID and password, Nor the Court Electronic Case filing Program

Kevin Brewer
(AJR936)
5325 Broder Blvd
Dublin Ca 94568

Thank You



Kevin Brewer
AFR 936
325 Boder Blvd
Dublin Ca 94568

(Confidential mail)

(The ECF Help desk)
# cv083149 SI(pr)
united State district court
for the northern district of
California
450 Golden Gate avenue
San Francisco California 94102