1 United States District Court For
2 The Northern District of California
3
4
5             Motion To
6           Amend Pleading          JUL 9 2008
7
8  Kevin Brewer (AJR936)
9       V.S.
10 alta Bates Summit          Case No. CV08 3149 SB
11 medical Center (1)
12 Director of Hospital (2)
13 Chief of Surgery (3)
14 Dr Rebecca Yu (4)
15
16                    Notice of motion
17                    And motion For
18                    Amended Pleading
19                    To Amend Complaint
20                    For punitive Damages
21
22 To the Honorable Court In the above
23 Entitled action
24
25 Plaintiff may Allege Lack of present
26 Knowledge In pleading The amount of
27 Special Damages In a Complaint Requests
28 leave To insert these amounts In the

1. Complaint When they are Ascertained
2. Hutter V. Freemer (1951) 105 Cal APP 2d 129
3. 133 233 P. 2d 65
4. Complaint must contain a demand for
5. Judgment for relief To Which the
6. pleader Claims They are entitled
7. Important exceptions Must be made
8. definite by amendment
9. Plaintiff's loss was due to defendants
10. wrongful Conduct
11. These rules do not apply to a personal
12. Injury or wrongful death action Because
13. amount of damages In those action can not
14. be stated In the Complaint
15. Pracel amputation Without permission or
16. No Consent
17. Professional Medical Negligence
18. Physicians Medical Malpractice
19. Putitive Damages Despicable and willful
20. Breace of Contract / A Contract to perform Services
21. fraud and malice and oppression
22. Compensatory Damages
23. Special Damages
24. mental Suffering / Emotional Distress
25.
26. Plaintiff will prevall Code Civ proc § 425
27. 13(A) See code Civ proc § 425 (13)(B) Code Civ
28. proc § 425.13    See Ch 15

Points and Authorities

1. Mathews V Diaz (1976) 426 US 67, 48 L Ed 2d 478 96 S Ct 1883
2. §§ 62:268-62-271
3. 1:236 Fed R Civ P 15(A)
4. 1:237 Fed R Civ P 15(A), 15(B)
5. 1:239 Fed R Civ P 15(A)
6. 1:240 Fed R Civ P 15(b)
7. 1:241 Fed R Civ P 15(A)
8. 1:242 Fed R Civ P 15(A)
9. 1:243 Fed R Civ P 15(A)
10. 1:244 Fed R Civ P 15(A)
11. 1:245 Fed R Civ P 15(A)
12. 1:246 Fed R Civ P 15(A)
13. 1:247 Fed R Civ P 15(A)
14. 1:248 Fed R Civ P 15(A)
15. 1:249 Fed R Civ P 15(A)
16. 1:250 Fed R Civ P 15(A)
17. 1:251 Fed R Civ P 15(d)
18. 1:232

MOTION

amendment of pleading before trial with respect to amount or nature of relief sought as ground for continuance 56 A.L.R. 2d 650

Necessity of leave of court to add or drop parties by amended pleading filed before responsive pleading is served under rules 15(A) and 21 of federal Rules

of civil procedure 31 A.L.R. Fed 752

## Relief Sought

Ten million ~~It~~ punitive damages

I declare under penalty of perjury That the forgoing Is true and correct

Signed June _____ day of 21 _____ 2008

Kevin Brewer
Plaintiff's Signature



# CV 08 3149 SI (PR)

United States District Court for
The Northern District of California
450 Golden Gate Avenue
San Francisco Ca 94102

JUL 9 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Kevin Brewer
AJR 936
5325 Broder Blvd
Dublin Ca 94568

(Confidential mail)