# CV 08 3149 SI

7-9-08

Whom this may concern

I did submit a In forma pauperis application complete when I sent my complaint in June 12th It was sent right back to me in July Also the certificate of funds in prisoners account Authorized and sign by Officer at County Jail along with copy of prisoner trust account Statement Transactions for the last six months

I'll resend everything to you right away

Could I at this moment prepay out of my income in my prisoners account first installment of Two Hundred

# CV 08 3149
AKA Micheal Green
AJR936
Kevin Brewer
5325 Broder Blvd
Dublin Ca 94568

ORIGINAL FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kevit Brewer Plaintiff,

vs.

alta bates summit medical center #(two) Dr Rebecca Yu Defendant.

CV 08 3149

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kevit Brewer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None  Net: None

Employer: None

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SSI_____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___ No ✗
10           self employment
11      b.   Income from stocks, bonds,             Yes ___ No ✗
12           or royalties?
13      c.   Rent payments?                          Yes ___ No ✗
14      d.   Pensions, annuities, or                 Yes ___ No ✗
15           life insurance payments?
16      e.   Federal or State welfare payments,      Yes ✗ No ___
17           Social Security or other govern-
18           ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 __SSI Has Stop I+ Jail $854 00__
22 _____

23 3.    Are you married?                            Yes ___ No ✗
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $____N/A_____ Net $____N/A_____
28 4.    a.   List amount you contribute to your spouse's support:$ ___NONE___

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      None
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No X
8  Estimated Market Value: $ 0    Amount of Mortgage: $ 0
9  6.  Do you own an automobile?    Yes ___ No X
10 Make  None   Year  None   Model  None
11 Is it financed? Yes ___ No X  If so, Total due: $ 0
12 Monthly Payment: $ 0
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: None
15 _____
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No X  Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No X
20                    0
21 8.  What are your monthly expenses?
22 Rent: $ 0        Utilities: 0
23 Food: $ 0        Clothing: 0
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26  None           $ 0           $ 0
27  None           $ 0           $ 0
28  None           $ 0           $ 0

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-28-08                              Kevin Brewer

DATE                              SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of (AKA) *Michael Green* (ASR936) for the last six months
*Alaco Santa Rita Jail* [prisoner name] Kevin Brewer AJR936
[name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ *67.50* and the average balance in the prisoner's account each month for the most recent 6-month period was $ *29.72*.

Dated: *6/10/08*    *M. Garcia, Acctg. Supervisor*
[Authorized officer of the institution]

-5-

```
                              INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: AJR936    HFA: SRJ  (NAME) GREEN, MICHAEL  AKA      ACCT BAL:      56.12
                                    (Name) Kevin Brown (-AJR936
TRANS       ---RECEIPT---    TRANSACTION          AMOUNT      RUNNING         MSG
DATE        HFA   NUMBER     CODE LITERAL                     BALANCE

01/17/08    SRJ   15-89506   CBKG CR NBOK            .00           .00
01/30/08    SRJ   TR-67998   CVIS CR VISI         20.00         20.00
02/07/08    SRJ   TR-70676   CVIS CR VISI         65.00         85.00
02/08/08    SRJ   SE-76779   DCOM DB COMM         19.42-        65.58
02/11/08    SRJ   SE-77649   CCOM CR COMM         19.42         85.00
02/15/08    SRJ   SE-79338   DCOM DB COMM          7.13-        77.87
02/22/08    SRJ   SE-81827   DCOM DB COMM         12.88-        64.99
02/29/08    SRJ   SE-84367   DCOM DB COMM         16.47-        48.52
03/05/08    SRJ   TR-78784   CVIS CR VISI         20.00         68.52
03/14/08    SRJ   SE-90004   DCOM DB COMM         47.60-        20.92

338 PRESS PA1 FOR NEXT PAGE
```

```
                          INMATE ACCOUNT TRANSACTIONS
PFN/AJIS: AJR936    HFA: SRJ  (NAME) GREEN, MICHAEL -AKA-   ACCT BAL:      56.12
                              (name) Kevin Brewer-AJR936
    TRANS      ---RECEIPT---    TRANSACTION    AMOUNT       RUNNING       MSG
    DATE       HFA   NUMBER     CODE LITERAL                BALANCE

   03/15/08    SRJ   TR-82096   CVIS CR VISI     30.00       50.92
   03/20/08    SRJ   SE-91793   DMED              3.00-      47.92
   03/21/08    SRJ   SE-91871   DCOM DB COMM     35.36-      12.56
   03/23/08    SRJ   TR-84493   CVIS CR VISI     20.00       32.56
   03/28/08    SRJ   SE-94798   DCOM DB COMM     29.08-       3.48-
   04/03/08    SRJ   TR-87693   CVIS CR VISI    140.00      143.48
   04/04/08    SRJ   SE-97117   DCOM DB COMM     35.04-     108.44
   04/10/08    SRJ   SE-98875   DMED              3.00-     105.44
   04/11/08    SRJ   SE-99556   DCOM DB COMM     20.51-      84.93
   04/18/08    SRJ   SF-01933   DCOM DB COMM     13.21-      71.72

338 PRESS PA1 FOR NEXT PAGE
```

```
PFN/AJIS: AJR936    HFA: SRJ  (NAME) (GREEN, MICHAEL) A/K/A   ACCT BAL:      56.12
                              (Name) Kevin Brewer - AJR936

   TRANS       ---RECEIPT---    TRANSACTION       AMOUNT      RUNNING       MSG
   DATE        HFA   NUMBER     CODE LITERAL                  BALANCE

  04/25/08     SRJ   SF-04198   DCOM DB COMM      23.65-       48.07
  05/02/08     SRJ   SF-06549   DCOM DB COMM      15.50-       32.57
  05/09/08     SRJ   SF-08926   DCOM DB COMM      19.60-       12.97
  05/14/08     SRJ   TS-00526   CVIS CR VISI      30.00        42.97
  05/16/08     SRJ   SF-11247   DCOM DB COMM      42.54-         .43
  05/19/08     SRJ   SF-11408   CCOM CR COMM      42.54        42.97
  05/23/08     SRJ   SF-13652   DCOM DB COMM      32.44-       10.53
  05/30/08     SRJ   SF-15907   DCOM DB COMM       8.42-        2.11
  06/05/08     SRJ   TS-06946   CVIS CR VISI      80.00        82.11
  06/06/08     SRJ   SF-18138   DCOM DB COMM      25.99-       56.12
```



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES