Kevin Brewer AJRG36
5325 Broder Blvd
Dublin Ca 94568

# CV 08 3149 SI

7-21-08

To Whom this may concern

Right Now I am fighting a Case At at County Jail Santa Rita Jail 5325 Broder Blvd Dublin Ca 94568 The people or Staff Here at The county Jail trust office Will not provid Inmate with the right information So I can file my Complaint With the court
(1) Certificate of funds In prisoners account
(2) A Six month printout of prisoners activitys of funds IN prisoners account
The problem Is I Have an AKA of Micheal Green True name Is Kevin Brewer I am now asking trust office For paper work in my Real and true name Because Right now They are denieing me access To the courts The federal Court Has sent me A thirty day notice To have this paper work In I may need A Court order So I can get this information
(# Case: CV 08 3149)

Inmate access to the Court Shall not Be Obstructed

Please Help So my Case will not be Dismissed

Kevin Brewer
AJR 936
5325 Broder Blvd
Dublin Ca 94568

Confidential mail

United States district court for the northern district of California
450 Golden Gate avenue
San Francisco Ca 94102

OAKLAND, CA JUL 16 2008 946