1. United States District Court For
2. The Northern District of California
3.
4. MOTION
5.
6.
7.
8. Kevin Brewer #(AJR936)
9. V.S.
10. Alta Bates Summit       Case No. CV 08 3149
11. Medical Center #(one)
12. Rebecca Yu M.D. #(two)
13. Director of Hospital (three)  Notice of motion
14. Chief of Surgery (four) and motion for
15.                              To Bring Inmate To
16.                              All proceedings In
17.                              Civil matters
18.
19. To The Honorable Court In the above
20. Entitled action
21.
22. Plaintiff Is Incarcerated In the above civil
23. matter Plaintiff Is Pro-Per In this case
24. Plaintiff ASK The court To Bring Inmate
25. To Court a All and Any civil proceeding
26.
27. I Have No points and Authorities
28.

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  I declare under penalty of perjury
2  That The forgoing Is true and Correct
3
4
5
6  Signed June _____ day of 21 _____ 2008
7
8
9
10
11
12      Kevin Brewer
13      Plaintiff's Signature
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28