1  United States district Court For
2  The Northern district of California
3
4           MOTION
5
6
7
8  Kevin Brewer #(AJR936)
9       V.S
10 ALTA BATES Summit                Case No CV08 3149
11 medical Center #(One)
12 Rebecca Yu M.D. (Two)
13 Director of Hospital (Three)   Notice of motion
14 Chief of Surgery (four)        and motion for
15                                A court order To
16                                Grant Inmate
17                                Pro-Per Status
18                                At Santa Rita Jail
19
20 To The Honorable court In the above
21 Entitled action
22
23 I Have No points and authorities
24
25 To Grant Kevin Brewer #(AJR936) Pro-Per
26 Status Here At Santa Rita Jail Same As
27 other Pro-Per Inmates Given everything
28 Access To Free Phone Calls Writing Tablets

1  Envelopes Stamps And All Legal
2  Assistance Granted for Pro-Per
3  Inmates
4
5  Inmate Is now asking The court For
6  A court order For Inmate Services
7  Here At Santa Rita Jail
8
9                               Inmate Services
10                              5325 Broder Blvd
11                              Dublin Ca 94568
12
13
14  I declare under penalty of perjury
15  That The forgoing Is true and Correct
16
17
18
19  Signed __June_____ day of _21_____ 2008
20
21
22
23
24
25                              Kevin Brewer
26                              Plaintiff's Signature
27
28