1  United States district court For
2  The northern district of California
3
4           Motion
5
6
7
8  Kevin Brewer #(AJR936)
9       V.S.
10 Alta Bates Summit          Case no CV08 3149
11 medical Center #(one)              SI
12 Rebecca Yu M.D. #(Two)
13 Director of Hospital (Three)
14 Chief of Surgery (four)    Notice of motion
15                            and motion for
16                            Court appointed
17                            Counsel under
18                            Americans with
19                            Disabilities ACT.
20                            Counsel under
21                            In form Pauperis
22
23 TO The Honorable Court In the above
24 Entitled action
25 I Have no points and authorities
26 Plaintiff Is Asking The Court To only
27 Appoint Counsel Under The Americans
28 with disabilities ACT Or In form Pauperis

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Because Plaintiff Has mental and
2  Psychology problems
3  Also I Have a learning disabilitie
4
5
6
7
8  I declare under penalty of perjury
9  That The forgoing Is True and Correct
10
11
12
13
14  Signed __June__  day of _21_  _2008_
15
16
17
18
19
20         _Kevin Brewer_
21         Plaintiff's Signature
22
23
24
25
26
27
28

Kevin Brown
AJR936
5325 Broder Blvd
Dublin Ca 94568

(Confidential mail)

# CV083149

United States district court for
the Northern district of California
450 Golden Gate avenue
San Francisco Ca 94102