# one

FILED
SEP -8 PM 1:57
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court for The
Northern District of California

Motion To
Amendment To Complaint

Kevin Brewer  AJR936
    vs
Alta Bates Summit
medical Center   # one
Director of Hospital  # Two
Chief of Surgery  # Three
Rebecca Yu MD  # four
Assisting Surgen  # five

Case No CV 08 3149

Amendment To Complaint
[Amount demanded
Ten million dollars
(unlimited Civil case)

To the Honorable Court In the above
Entitiled action

Points And Authorities

1. § 415.96 Amendment to Complaint [Code
2. Civ Proc §§ 425.10 425.13, 471.5) for damages
3. (Civ Code § 3294; Code Civ Proc 425, 13
4. Code Civ Proc § 425 13(a) § 415 92.5 Code Civ
5. Proc § 425 13(a)
6. Civ code § 3295(e)
7. Civ Code § 3294
8. Code Civ Proc § 425 13 (a)
9. Code Civ Proc § 425 13 (b)
10. Code Civ Proc § 471.5
11. Cal Rules of Ct Rule 3.1324
12. § 415.94, 415 95
13. § 415.92  § 415 91
14. Tresemer v Barke (1978) 86 Cal App 3d 656
15. 669 642 150 Cal Rptr 384
16. Code Civ Proc § 340.5  § 415.47 Tresemer v
17. Barke (1978) 86 Cal App 3d 656 664-665 150
18. Cal Rptr 384
19. Code Civ Proc § 340.5
20. § 415.98 Allegation—physician's failure to
21. obtain Patient's Informed Consent Action
22. In Negligence
23. Truman v thomas (1980) 27 Cal 3d 285 292
24. 165 Cal Rptr 308, 611 P 2d 902
25. Cobbs v Grant (1972) 8 Cal 3d 229 245
26. 104 Cal Rptr 505, 502 P 2d 1]
27.
28.

1. Bus and Prof Code § 4211.5
2. Hutchinson V United States (9th Cir
3. 1988) 841 F 2d 966, 969
4. § 415.99 Allegations for damages [Civ Code
5. § 3333] for personal injury based on
6. Negligence [Civ Code § 1714] By patient
7. against Physicians Employees Hospital
8. and Hospital Employees Injury to patient
9. while under Anesthesia - Res Ipsa Loquitur
10. Ybarra V Spangard (1944) 25 Cal 2d 486 490
11. 491 154 P 2d 687
12. Code Civ Proc § 425.12    § 415.92
13. Baldessaro V michels (1970) 3 Cal 3d 780
14. 788 788n 5, 91 Cal Rptr 760, 478 P 2d 480
15. Ybarra V Spangard (1944) 25 Cal 2d 486 492
16. 494 154 P 2d 687    § 415.11.(2) and Ch 295
17. Hospitals
18.
19.
20.
21.
22. I declare under penalty of perjury
23. that the foregoing Is true and correct
24.
25.
26.
27.
28.

1
2
3
4
5
6 Signed August _____ day of 26 2008
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22              Kevin Brewer
23              Plaintiff's Signature
24
25
26
27
28