FILED
08 SEP -2 PM 1:57

United States District Court for the
Northern District of California

Motion to Amend Pleading

Kevin Brewer AJR936
V.S
Alta Bates Summit medical Center #one
Director of Hospital #Two
Chief of Surgery #Three
Rebecca Yu M.D. #Four
Assisting Surgen #Five

No. CV08 3149 SI

Notice of motion and motion To Amend Pleading Supporting Declaration of and Memorandum of points and Authorities

Date _____
Time _____
Dept _____
Judge _____
Date of action filed _____
Trial Date _____

To the Honorable Court In the above Entitiled action

1  § 415.95 Proceeding for order Permitting
2  filing of Amended Pleading Seeking
3  Punitive Damages Against Health Care
4  provider
5          Already filed with the Court
6  Code Civ Proc § 425.13 order  Code Civ Proc
7  § 1008 Granting motion
8  Code Civ Proc § 425.13(A)
9  Code Civ Proc § 2015.5  Code Civ Proc 425.13(A)
10 Civ Code § 3294(C)   Civ Code § 3294
11 Code Civ Proc § 425.13(b)
12 Code Civ Proc § 425.13's  College Hosp V
13 Superior Court (1994) 8 cal 4th 704, 719, 722
14 727, 34 Cal Rptr 2d 898, 882 P 2d 894
15 Code Civ Proc § 425.13(a)  Central Pathology
16 Serv med Clinic Inc V Superior Court
17 (1992) 3 cal 4th 181 191-193  10 cal Rptr 2d 208
18 882 P 2d 924
19 Code Civ Proc § 425.13(a)  Central pathology
20 Serv med Clinic INC V Superior court
21 (1992) 3 cal 4th 181, 192, 10 Cal Rptr 2d 208
22 882 2d 942
23 Code Civ Proc § 425.13(a) ~~Pathology~~ Central
24 pathology Serv med Clinic Inc V Superior
25 Court (1992) 3 cal 4th 181, 192-193  10 Cal
26 Rptr 2d 208, 882 P 2d 942
27 Civ Code § 3294  Code of Civ Proc § 425.13
28 Looney V Superior Court (1993) 16 Cal

```
 1 | App 4th 521, 539, 20 Cal Rptr 2d 182
 2 |
 3 |
 4 |
 5 |
 6 |
 7 | I declare under penalty of perjury
 8 | that The forgoing Is true and correct
 9 |
10 |
11 |
12 | Signed August          day of 26      2008
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |                                   Kevin Brewer
22 |                                   Plaintiffs Signature
23 |
24 |
25 |
26 |
27 |
28 |
```