RECEIVED
US SEP -2 PM 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8-26-08

To Whom may concern

United States District Court for the Northern District of California

Kevin Brewer AJR936      Case no CV 08 3149 SI
M.R#: 481154

Here is more information concerning the amputation of my right thumb without consent nor my permission

I don't have all the operation room staff names

Date of Admission  11-18-07
Date of Surgery    11-20-07
Date of discharge  12-4-07

Motion to Amend Complaint
Please add to my case file

Med # 481154

Kevin Brewer
AJR 936
5325 Broder Blvd
Dublin Ca 94568