Dear Desk Clerk

Case Number
# CV08 3149
SI

Case filed July 7 2008

Kevin Brewer # AJR936 Was sent a notice on the July 7 2008 By the court

(1) The Informa pauperis Application you Submitted is insufficient Because

(2) You did not submit a certificate of funds in prisoners Account Completed and signed by an authorized officer at the prison

(3) You did not attach a copy of your prisoner trust account Statement Showing transactions for the last Six months

I was wondering Also concerned If every thing Is alright Because No money Has been taken off my prisoners account As of yet

Thank You

Kevin Brewer     Civil case number
  AJR 936                    # CV08 3149
5325 Broder Blvd
Dublin Ca 94568