UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BREWER a/k/a MICHAEL GREEN, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ALTA BATES SUMMIT MEDICAL CENTER; et al., <br><br>　　　　Defendants. | No. C 08-3149 SI (pr) <br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action in state court.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 26, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge